UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

          Plaintiff,

– against –

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY,

          Defendant.

**ORDER**

25-cv-06176 (ER)

Ramos, D.J.:

    Liberty Mutual Fire Insurance Company brought this action against Pennsylvania Lumbermens Mutual Insurance Company on July 28, 2025.  Doc. 1.  Pennsylvania Lumbermens Mutual Insurance Company was served on August 1, 2025.  Doc. 6.  Since then, there has been no activity in this case.

    Liberty Mutual Fire Insurance Company is directed to submit a status letter by no later than October 1, 2025.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    September 25, 2025
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.